51,903-03

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 10 2015

Abel Acosta, Clerk

WRIT NO.  51,903-03

TO THE COURT OF CRIMINAL APPEALS

AT AUSTIN, TEXAS

************************************

JOHNNY SLOAN, JR.    -    Applicant

versus

THE STATE OF TEXAS   -    Respondent.

***********************************************

## APPLICANT'S OBJECTION TO THE TRIAL COURTS DENIAL OF FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER RECOMMENDATIONS

***********************************************

_____
APPLICANT

Johnny Sloan, Jr.
TDCJ# 1004291
McCONNWLL PRISON UNIT
3001 South Emily Drive
Beeville, Texas 78102

[Cover Sheet]

IN THE COURT OF CRIMINAL APPEALS

AT

AUSTIN, TEXAS

WRIT NO. 51,903-03
EX PARTE JOHNNY SLOAN, JR.

IN THE COURT OF CRIMINAL APPEALS

********

CAUSE NO. W00-1283-Q(A)
IN THE 204TH JUDICIAL DISTRICT
DALLAS COUNTY, TEXAS

APPLICANT'S OBJECTIONS TO THE TRIAL COURTSS DENIAL
OF FINDINGS OF FACT, CONCLUSIONS OF LAW AND
ORDER RECOMMENDATIONS

Comes now the Applicant, pro se, and respectfully objects to the Trial Court's Denial of Findings of Fact, Conclusions of Law and Order Recommendations. That was forwarded to this Honorable Court of Criminal Appeals on August 20, 2015, without Findings of Fact and Conclusions of Law and Order Recommendations.

The Trial Court abdicated it's judiciary duties under Code of Criminal Procedure 11.07, Sec. 3(d). In support, the Applicant would show the follow the following:

1). On September 30, 2013, the trial court filed ORDER DESIGNATING ISSUES, stating; The Court having reviewed Applicant Johnny Sloan, Jr.'s Applicant for Writ of Habeas Corpus filed pursuant to Texas Code of Criminal Procedure article 11.07, finds that there are controverted, previously unresolved facts material to the legaity of Applicant's restraint that require resolution.."

-1-

2). The Court appointed Michael Mowla, attorney, address 603 N. Cedar Ridge, Suite loo, Duncanville, Texas 75116, to resolve the issues and prepare findings and conclusions of law for the Trial Court. The issues may be resolved by affidavits, depositions, interrogatories, or by hearings, as deemed necessary by the person appointed herein.

Mr. Sloan (applicant) argues that the Issues in the instant Wr. 51,903-03, remands unresolved. Thereby, requiring this Honorable Court of Criminal Appeals to REMAND back to the Trial Court with Specific Order's to resolve the unresolved issue's.

The Trial Court established a clear record that there are controverted, previously unresolved facts which are material to legality of Johnny Sloan, Jr.'s confinment, therefore, Mr Sloan is entitled to have these issues resolved. **See ORDER DESIGnating issues.**

**Therefore,** because the Trial Court's abdicated it's judiciary duties concerning Findings of Fact and Conclusions of Law and Order Recommendations. Applicant Johnny Sloan, Jr., request the opportunity to file APPLICANT'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW, prior to a de novo, by this Court of Criminal Appeals.

SIGNED this 8th day of September, 2015.

Respectfully submitted,

Johnny Sloan, Jr.
TDCJ#1004291-ML
3001 S. Emily Dr.
Beeville, Texas 78102

-2-